UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
**Lazaro G. Zamora**
**Mirta Delgado,**

Case No: **15-12738-RAM**
Chapter **7**

_____Debtor_____/

## DEBTOR'S MOTION TO EXCUSE APPEARANCE AT THE 341 MEETING OF CREDITORS

**COMES NOW, Lazaro G. Zamora and Mirta Delgado ,** by and through their undersigned attorney, hereby files their Motion to Excuse his Appearance at the 341 Meeting of Creditors, and as grounds states as follows:

1. The Debtor filed a voluntary bankruptcy petition under Chapter 7 of the United States Bankruptcy Code in this Court on February 13, 2015.

2. The 341 Meeting of Creditors is scheduled for March 23, 2015 at 9:00 a.m. before Drew Dillworth, Trustee.

3. The Debtor Lazaro G. Zamora is currently very ill and is unable to leave his home. Thus he is physically unable to attend and be present at the 341 Meeting of Creditors.

4. However, the Joint debtor Mirta Delgado is willing to appear on his behalf at the 341 Meeting of Creditors.

5. Debtor's wife does have sufficient knowledge about debtor's financial situation to appear on his behalf.

6. There are no assets in the case to liquidate.

7. Undersigned counsel has spoken to Drew Dillworth, Trustee and he has no objection to the filing of this instant motion.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court to grant this motion to excuse debtor from appearing at the section 341 Meeting of Creditors, and grant any further relief this court deems proper under the circumstances respectfully requests that this Honorable Court grant the Dismissal of this case and grant any other relief this Court deems just and proper under the circumstances.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on via ecf to Drew Dillworth, Trustee, 2200 Museum Tower, 150 West Flager St., Miami, FL 33130 and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
     Robert Sanchez, Esq., FBN#0442161

Best Buy
P.O. BOX 5238
Carol Stream, IL 60197-5238

Chase
POB 9001801
Louisville, KY 40290-1801

Citibank
P.O. BOX 183051
Columbus, OH 43218-3051

El Dorado/Wells Fargo
POB 660431
Dallas, TX 75266

El Prado XV Condominium Association
POB 850001 Dept 8791
Orlando, FL 32885-8791

JC Penney
P.O. BOX 960090
Orlando, FL 32896-0090

Macy's
POB 183084
Columbus, OH 43218-3084

Macy's
P.O. BOX 8218
Mason, OH 45040-8218

Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Midland Funding, LLC
c/o Robert J Dunn, III, Esq.
POB 290335
Tampa, FL 33687

Ocwen Loan Servicing, LLC
POB 24738
West Palm Beach, FL 33416-4738

Palmetto Anesthesia Specialist
POB 630707
Hudson, NC 28638-2437

Portfolio Recovery Associates
Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4962

Portfolio Recovery Associates
Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4962

Sears
P.O. BOX 183082
Columbus, OH 43218

Sears
P.O. BOX 183081
Columbus, OH 43218-3081

Synchrony Bank/Care Credit
P.O. Box 965036
Orlando, FL 32896

Target
POB 660170
Dallas, TX 75266-0170

The Home Depot
Processing Center
Des Moines, IA 50364-0500